**In the Interest of A.B., Respondent,**

v.

**J.B., Appellant.**

**Interest of K.Z., Respondent,**

v.

**J.B. et al., Appellant.**

**Nos. 65837, 65838.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 14, 1995.

Theodore Ralph Allen, Jr., Hillsboro, for respondent in Interest of A.B. and K.Z.

Joseph S. Sanchez, Festus, for appellant J.B.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

### ORDER

PER CURIAM.

J.B. appeals the trial court's judgments terminating her parental rights to A.B. and K.Z. No jurisprudential purpose would be served by a written opinion. The judgments